UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

ABRAHAM CANO,

                                                  Defendant.

------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 MAG 09068

Defendant __ABRAHAM CANO_____ hereby voluntarily consents to participate in the following proceeding via ✓ videoconferencing or ___ teleconferencing:

✓    Initial Appearance Before a Judicial Officer

___    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓    Bail/Detention Hearing

___    Conference Before a Judicial Officer


| s/ Abraham Cano by the Court, with permission. | s/ Oliver S. Storch by the Court, with permission. |
|---|---|
| Defendant's Signature (Judge may obtain verbal consent on Record and Sign for Defendant) | Defendant's Counsel's Signature |
| ABRAHAM CANO | OLIVER S. STORCH |
| Print Defendant's Name | Print Counsel's Name |

This proceeding was conducted by reliable video or telephone conferencing technology.

AUGUST 25, 2020
Date

*[signature]*
~~U.S. District Judge~~/U.S. Magistrate Judge